## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01332-DDD-NYW

LAKISHA L. RICHARDSON,

    Plaintiff,

v.

BY THE ROCKIES, L.L.C., d/b/a CARL'S JR.,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This action is before the court on Defendant By the Rockies, LLC d/b/a Carl's Jr.'s ("By the Rockies" or "Defendant") Motion for Status Conference ("Motion") [Doc. 48, filed February 17, 2022]. The court considers the Motion pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated October 5, 2021 [Doc. 23], and the Memorandum dated February 17, 2022 [Doc. 49].

    In the Motion, By the Rockies requests a Status Conference to discuss a number of items, including: "(a) Plaintiff's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1); (b) Plaintiff's use of Colorado state court forms in this litigation; (c) the status of the Parties' communications as to requesting a Settlement Conference; (d) the possibility of an Early Neutral Evaluation; and (e) communication difficulties between the Parties." [Doc. 48 at ¶ 2]; *see also* [*id.* at ¶¶ 3–7].

    The court will **GRANT** Defendant's Motion. However, with respect to points (c) and (d) above, the court advises Defendant that, to the extent Plaintiff Lakisha L. Richardson ("Ms. Richardson") is not inclined to engage in settlement discussions at this time as represented in the Motion, the court is not inclined to require that Ms. Richardson do so.

    Accoridngly, **IT IS ORDERED** that:

    (1) Defendant's Motion for Status Conference [Doc. 48] is **GRANTED**;

    (2) A Telephonic Status Conference is **SET** for **March 15, 2022 at 9:30 a.m.** All participants shall use the following dial-in information: 888-363-4749, Access Code: 5738976 to participate at the designated time; and

    (3) A copy of this Minute Order shall be sent to:

        Lakisha L. Richardson

          PO Box 140461
          Edgewater, CO 80214

DATED: February 18, 2022